# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BROWN<br><br>          Plaintiff,<br><br>v.<br><br>SUSAN LYNN BURY<br><br>          Defendants.<br>_____/ | CASE NO.   1:11-cv-1520-LJO-MJS<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 3) |

By application filed on September 8, 2011, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

Dated:   September 13, 2011          /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE